No. 93–8165. HAZZARD v. JONES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 93–8166. GAINER v. SYMINGTON, GOVERNOR OF ARIZONA, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 93–8168. TRIPPET v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–8170. REVELLO v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 93–8183. CUMMINS v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93–8184. PONCE DE LEON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–8185. ROBERSON v. MARYLAND ET AL. C. A. 4th Cir. Certiorari denied. 

No. 93–8187. LaFLAMME v. GOMEZ. C. A. 9th Cir. Certiorari denied. 

No. 93–8189. CRAWFORD v. CONNELL. Sup. Ct. Ill. Certiorari denied. 

No. 93–8190. PRICE v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Certiorari denied. 

No. 93–8191. HERNANDEZ v. WHITE, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 93–8194. SIMMONS v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 93–8195. LOPEZ GONZALEZ v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93–8199. GARCIA v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 93–8200. HAZZARD v. CITY OF OAKLAND, CALIFORNIA, ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.